

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2022

No. 04-21-00484-CV

Betty **SCHWETTMANN**,
Appellant

v.

Roger E. **HAYNES**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15124
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellant's Notice of Correction and Motion to Substitute is carried with the appeal.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court